# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL A. PEREZ,<br>a/k/a Boxer<br><br>　　　　Defendant. | Case No.:   3:15-CR-00013-RCJ-WGC<br><br>**MINUTE ORDER** |

**MINUTE ORDER IN CHAMBERS**

　　　IT IS HEREBY ORDERED that the Magistrate Order of Release (ECF #13) is STAYED.

　　　IT IS FURTHER ORDERED that a Detention Hearing is set for 10:00 A.M., Tuesday, February 17, 2015, in RENO COURTROOM 6, before Judge Robert C. Jones.

　　　IT IS FURTHER ORDERED that the Status Conference currently set for 1:30 P.M., Thursday, February, 12, 2015 before Magistrate Judge William G. Cobb may proceed, but any order for release is STAYED pending hearing before District Judge Robert C. Jones.

　　　IT IS SO ORDERED this 12th day of February, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　　　　　　　　District Judge