**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MICHAEL A. PEREZ et al., ) <br> ) <br> Defendants. ) <br> ) | 3:15-cr-00013-RCJ-WGC-1 <br><br> **ORDER** |

Defendant Michael Perez pled guilty to Count 25 of the Fourth Superseding Indictment for possession with intent to distribute at least 50 grams of methamphetamine. On August 8, 2016, the Court sentenced Defendant to 168 months imprisonment. Defendant filed a motion for habeas corpus relief under 28 U.S.C. § 2255, but he had waived the right to bring such a motion except as to non-waivable claims of ineffective assistance of counsel. The Court denied the sole claim that had not been waived and denied a certification of appealability.

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion for a Certificate of Appealability (ECF No. 231) and the Motion for Appointment of Appellant Counsel (ECF No. 232) are DENIED as moot.

IT IS SO ORDERED.

DATED: This 24th day of May, 2017.

_____
ROBERT C. JONES
United States District Judge